UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

vs.                                            Case No: 8:09-cv-2402-VMC-MAP

CHARLOTTE S. PHELPS TRUST
and J.F. PHELPS,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Order of the Court and the agreement of the parties, a mediation conference was conducted in the above matter on **September 13, 2010**, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    ___X____     All individual parties and their respective trial counsel except as stated below.

    ___X____     Designated corporate representatives.

    ___X____     Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

(c) The outcome of the mediation conference was:

___X___ **The case has been concluded and will be dismissed on or before December 7, 2010.**

_____ The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____ The conference was continued with the consent of all parties and counsel. The parties will reconvene the mediation if the matter is not resolved within 90 days of the date of this report.

_____ The parties have reached an impasse.

Dated this 23rd day of SEPTEMBER, 2010, in Tampa, Florida.

I HEREBY CERTIFY that on the 23rd day of September, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Todd W. Shulby, Law Office of Todd W. Shulby; and Christopher Lee Hixson, Pinkard Lynch & Robbins, PA.

/s/ *Mary A. Lau*
MARY A. LAU, ESQUIRE - Mediator
LAU, LANE, PIEPER,
CONLEY & McCREADIE, P.A.
Wachovia Center, Suite 1700
100 South Ashley Drive
Post Office Box 838
Tampa, Florida 33601-0838
Telephone: 813/229-2121
Facsimile: 813/228-7710
Email: mlau@laulane.com